# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Concepcion Olivares,        ) | **JUDGMENT OF DISMISSAL** |
| ) | **IN A CIVIL CASE** |
| Plaintiff,          ) | |
| ) | CV-12-2186-PHX-SPL |
| v.              ) | |
| ) | |
| National Attorney Collection Services  ) | |
| Incorporated, et al.,        ) | |
| ) | |
| Defendant(s). | |

___    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_    Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated February 21, 2013,  judgment is entered against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed with prejudice.

BRIAN D. KARTH
District Court Executive/Clerk

February 21, 2013

s/L. Dixon
By: Deputy Clerk

cc: (all counsel)